RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 0 1 2024

FILED _____
DOCKETED _____
DATE    INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Shawn D. Powell
Appellant(s),

vs.

Heather Shirley
Appellee(s).

9th Cir. Case No. 22-55787

District Court or
BAP Case No. 5:21-cv-02052-DOC-PVC

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

   a. What is the date of the judgment or order that you want this court to review? 8/03/2022

   b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: No

      • If you did, on what date did you file the motion? N/A

      • For prisoners or detainees, what date did you give the motion to prison authorities for mailing? N/A

      • What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? 7/6/22

   c. What date did you file your notice of appeal? 8/17/2022

      • For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? 8/14/2022

**FACTS.** Include all facts that the court needs to know to decide your case.

2. What are the facts of your case?

Was arrested on 8/22/18 for:
- PC 273.5(f)(1)
- PC 12022(b)(1)
- PC 12022.7(e)
- PC 245(a)
- PC 459
- PC 273.5(f)

Was offered a deal of 4 years with 1/2 with a Strike. tried to take deal morning of trial but was not granted. Went to trial and lost in April of 2019.
Was sentenced to 16 years 8 months on 6/28/19
4 years were removed on appeal due to new law. amended/modified on 3/23/21.

Sentence reduced to 12 years 8 months.

Appeal lawyer only brought up 4 year prison priors on appeal wich was law anyways and I did not get the benefit of re-sentencing under new guidlines. CDC notified courts of 4 year prison prior but since they were removed on appeal I got denied for re-sentencing wich activated a new appeal and was assigned the same appeal lawyer that I filed I.A.C. on wich I believe is a conflict of interest.

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3. What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

   Filed a Petition for Writ of Habeas Corpus requesting relief due to violations of my constitutional rights.

4. What legal claim or claims did you raise in the district court or at the BAP?

   Violation of my 5th, 6th, and 14th Constitutional rights. Due process as well as Ineffective Assistance of Counsel. Trial Attorney & Appellate Attorney Insufficent evidence to Support G.B.I Claim and residential burglary claim. My main claim is that I never had a chance to cross examine witness or Statements made by Lauren Nicassio. Violation of the Supremacy Clause of the U.S. Constitution.

5. **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why. N/A

   Exhausted petition in all prior courts Federal and State.

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6. What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong? (Certified Issues) - Ineffective Assistance of Counsel of my trial attorney, including but not limited to, for conceding appellant's guilt on Vandalism and violating a protective order

(Uncertified Issues) Violation of 5th, 6th and 14th amendment when I wasn't given any opportunity to confront or cross examine the alleged victim in the case (Lauren Nicassio) or any statements made by her./ I.A.C on my appellate attorney for not raising any constitutional violations or Crawford violations due to witness not testifying. only grounds raised were 4 year prison priors wich was allready law in effect./ Insufficient evidence to prove I was guilty of res. burglary since I lived at address wich is on my CA.I.D./ Insufficient evidence to sustain a conviction of G.B.I

7. Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: YES

If not, why not?

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

(Certified Issues) — 5th, 6th, and 14th amendment of the constitution.

(Strickland v. Washington, 466 U.S. 668 (1984))
(U.S. v. Cronic, 466 U.S. 648)
(Browning v. Baker, 875 F.3d (9th cir. 2017))

(Uncertified Issues) — 5th, 6th, and 14th amendment violations of the constitution

(Crawford v. Washington)
(Davis v. Washington)

9th Cir. Case No. 22-55787                                      Page 6

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

Court of Appeal of The State of California
Fourth Appellate District, Division Two
Court of Appeal No. E081537
Riverside Superior Court No SWF1807350
Appeal Nos. E081537, E081541, E081577

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case. No

Shawn D. Powell
Name CDC# BJ7710
Wasco State Prison
P.O. Box 4400
Wasco, CA 93280
Address

Shawn Powell
Signature

2/23/24
Date

# PROOF OF SERVICE BY MAIL



(Cal Code of Civ Pro §1013, FRCivP 5(b)(2)(C), FRAP 25(c)(1)(A))

I, Shawn D. Powell, declare that I placed a true and correct copy of the following documents(s): Appellant's Informal Opening Brief

In a fully first-class postage paid envelope and addressed it to: Clerk U.S. Court of Appeal For The Ninth District P.O. Box 193939 San Francisco, CA 94119-3939

I further declare that I followed institutional procedures for the processing of outgoing legal mail and turned the sealed envelope over to prison officials for mailing on the date below.

The foregoing is true and correct under penalty of perjury.
Executed by Shawn D. Powell #BJ7710
Print Inmate name and CDCR #

this 23 day of Febuary, 2024 at: 7:00 PM
Wasco State Prison-Reception Center, 701 Scofield Rd, P.O. BOX 4400, Wasco, CA 93280

_Shawn Powell_
Inmate/Declarant signature

Proof of Service. Case No.: 22-55787

Attach to documents